UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-124-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | O R D E R |
| | : | |
| FILBERTO COBARRUBIAS-HERRERA | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 14 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 21st day of February 2013.

MALCOLM J. HOWARD
Senior United States District Judge